## CONSENT TO SUE UNDER
## THE FAIR LABOR STANDARDS ACT

I, Ramon Perez, am an individual formerly employed by Ernie's Auto Detailing (together, including any successors, affiliates or related entities, "Defendants"). I consent to be a plaintiff in an action to collect unpaid compensation against Defendants.

By: _____
          DocuSigned by: Ramon Perez
          8C9450123C414D7...
    Name:  Ramon Perez

Date:  8/21/2020