| AO 440 (Rev 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

| SERVICE OF EFFECTED (1) BY ME | SUMMONS, AND CLASS AND COLLECTIVE ACTION COMPLAINT, $40 00 FEE |
|---|---|
| | Angela Roy |
| TITLE | PROCESS SERVER       DATE 10/30/20 @ 9:00 AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE

[ ] Served personally upon the defendant

ERNIE'S AUTO DETAILING, INC C/O NY SECRETARY OF STATE

Place where served

ONCE COMMERCE PLAZA, 99 WASHINGTON AVENUE   ALBANY NY 12231

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein   Name of person with whom the summons and complaint were left

Sue Zouky, Business Document Specialist II

Relationship to defendant _____

Description of Person Accepting Service

SEX F  AGE 65  HEIGHT 5'2"  WEIGHT 120 lbs  SKIN White  HAIR Brown  OTHER ___

[X] To the best of my knowledge, said person was not engaged in the U S Military at the time of service

* Certified return receipt mailing - 7019 1120 0001 2501 7836

**STATEMENT OF SERVER**

TRAVEL $ _____        SERVICES $ _____        TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct

DATE 10 / 30 / 2020     _____ L S
SIGNATURE OF Angela Roy
GUARANTEED SUBPOENA SERVICE, INC
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY    C K LEE, ESQ
PLAINTIFF   RAMON PEREZ, ON BEHALF OF HIMSELF, ET AL
DEFENDANT   ERNIE'S AUTO DETAILING, INC , ET AL
VENUE       DISTRICT
DOCKET      2 20 CV 04798 JMA AYS
COMMENT

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

| | |
|---|---|
| Certified Mail Fee | $3.55 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $1.60 |
| Total Postage and Fees | $8.00 |

Postmark Here — GLENMONT NY 12077 — OCT 30 2020

Sent To: Ernie's Auto Detailing Inc
Street and Apt. No., or PO Box No.: Ae Sanne St
City, State, ZIP+4: Passaic NJ 07055

7019 1120 0001 2501 7836

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions