**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAMON PEREZ,<br>*on behalf of himself and, FLSA Collective Plaintiffs and the Class,*<br><br>Plaintiff,<br><br>- vs. –<br><br>ERNIE'S AUTO DETAILING INC., and ERNESTO DECENA,<br><br>Defendants. | Docket No.:  20-cv-04798<br><br>**NOTICE OF ACCEPTANCE**<br>**OF OFFER OF JUDGMENT** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff RAMON PEREZ hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated July 16, 2021 and annexed hereto as **Exhibit A**. A proposed Judgment is annexed hereto as **Exhibit B**.

Dated: July 16, 2021

Respectfully submitted,

By: _____

C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*