UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RAMON PEREZ, on behalf of himself and, FLSA
Collective Plaintiffs and the Class,

                                                        JUDGMENT

                       Plaintiff,                            20-cv-04798-BMC
    v.

ERNIE'S AUTO DETAILING INC., and
ERNESTO DECENA,

                      Defendants.
---------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on July 16, 2021; and Defendant ERNIE'S AUTO DETAILING INC, having offered to allow judgment in this action to be taken against them and in favor of plaintiff RAMON PEREZ, in the sum of Ten Thousand Dollars and No Cents ($10,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated July 16, 2021 and filed as Exhibit A to Docket Number 31; and an Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on July 16, 2021, directing the Clerk of Court to enter judgment accordingly; it is

       ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff RAMON PEREZ and against Defendant ERNIE'S AUTO DETAILING INC, in the amount of $10,000, inclusive of attorneys' fees and costs.

Dated: Brooklyn, New York
        July 20, 2021

                                                              Douglas C. Palmer

                                                  By:    */s/Jalitza Poveda*
                                                             Deputy Clerk